590

the administration of the service in which he is engaged." (52 So.2d 796.) We reach the same conclusion in this case. Therefore, the judgment reversing Dendor's discharge is affirmed.

Affirmed.

STAMOS, P. J., and SCHWARTZ, J., concur.

EVELYN BERS, Plaintiff-Appellant, *v.* CHICAGO HEALTH CLUBS, INC., Defendant-Appellee.

(No. 57244;

First District (2nd Division)—April 10, 1973.

PER CURIAM.

Jerome Feldman, Richard Allan Halprin and Glenn E. Gutsche, all of Chicago, for appellant.

Leo J. Doyle, Jr., and Leo M. Tarpey, Jr., both of Chicago, for appellee.